UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKIE FLORINCEO ALVAREZ, Sr., | No. 2:22-cv-0635-EFB P |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, | |
| Respondent. | |

Mr. Alvarez is a county jail inmate proceeding without counsel. The Clerk of the Court opened this action on April 8, 2022 upon receipt of a Petition for Writ of Mandamus addressed to the United States Court of Appeals for the Ninth Circuit. ECF No. 1. In the Petition (*see, e.g., id.* at 10), Mr. Alvarez references a case he is litigating in this court known as *Alvarez v. Amador County Superior Court*, No. 2:21-cv-1976-JAM-CKD (E.D. Cal.).

There is no indication that Mr. Alvarez intended for the Petition directed to the Ninth Circuit to be used to commence a new action. Therefore, the Clerk of the Court is directed to close this case and file a copy of the Petition for Writ of Mandamus (ECF No. 1) in Mr. Alvarez's previously filed case, *Alvarez*, No. 2:21-cv-1976-JAM-CKD.

So ordered.

Dated: April 19, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE